UNITED STATES FASTENER CO. v. MEYERS et al.   (Circuit Court of Appeals, Second Circuit.   March 5, 1907.)   No. 179.   Appeal from the Circuit

Court of the United States for the Southern District of New York. Donald Campbell, Odin Roberts, Roberts & Mitchell, and Messimer & Campbell, for appellant. Livingston Gifford and George Cook, for appellees. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Decree (145 Fed. 536) affirmed, with costs.